BENJAMIN B. WAGNER
United States Attorney
DANIEL J. GRIFFIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
DEC 03 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF,<br><br>5330 AVENUE B.<br>MODESTO, CALIFORNIA, 95358<br><br>and<br><br>406 OAK STREET,<br>MODESTO, CALIFORNIA 95351 | CASE NO. 1:15-SW-00367 SAB<br><br>ORDER TO UNSEAL SEARCH WARRANT |

These search warrants were sealed by Order of this Court ~~pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure.~~

IT IS HEREBY ORDERED that the case be unsealed as to all defendants, and be made public record.

DATED:   December 3, 2015

Hon. STANLEY A. BOONE
U.S. Magistrate Judge

2